No. 75–6596. ALVORD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Petitioner contends that he was unconstitutionally convicted because a statement he made during in-custody interrogation was admitted in evidence during the prosecution's case-in-chief, despite the absence of any warning to petitioner that if he could not afford an attorney one would be appointed to represent him before questioning. See *Miranda* v. *Arizona,* 384 U. S. 436 (1966). On the

record in this case, we would grant certiorari and set the case for oral argument.

In any event, the imposition and carrying out of the death penalty in this case constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. *Gregg* v. *Georgia, ante,* at 227 (BRENNAN, J., dissenting); *id.,* at 231 (MARSHALL, J., dissenting). We would therefore grant certiorari and vacate the judgment in this case insofar as it leaves undisturbed the death sentence imposed.